```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 12971
   JAMES H ALEXANDER JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1317

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/21/2008 and was confirmed 07/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00              .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE         .00              .00            .00
INTERNAL REVENUE SERVICE PRIORITY         54241.82              .00            .00
SBC                      UNSEC W/INTER  NOT FILED               .00            .00
TCF BANK                 UNSEC W/INTER  NOT FILED               .00            .00
BANK ONE                 UNSEC W/INTER  NOT FILED               .00            .00
AT&T ILLINOIS            UNSEC W/INTER  NOT FILED               .00            .00
EMC MORTAGE              UNSEC W/INTER  NOT FILED               .00            .00
WASHINGTON MUTUAL        UNSEC W/INTER  NOT FILED               .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER    1508.02               .00            .00
PIERCE & ASSOCIATES      MORTGAGE NOTI  NOT FILED               .00            .00
INTERNAL REVENUE SERVICE SECURED NOT I    3328.08               .00            .00
UMLI/UM CAPITAL LLC      UNSEC W/INTER   67796.85               .00            .00
ERNESTO D BORGES JR      DEBTOR ATTY     3,000.00                            354.20
TOM VAUGHN               TRUSTEE                                              30.80
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    385.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                      354.20
TRUSTEE COMPENSATION                                 30.80
DEBTOR REFUND                                         .00
                        ---------------        ---------------
TOTALS                     385.00                   385.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 12971 JAMES H ALEXANDER JR

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/25/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```